

# NUMBERS 13-12-00727-CV; 13-12-00728-CV; 13-13-00007-CV; AND 13-13-00022-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **DEBRA JALUFKA,** | **Appellant,** |

**v.**

| | |
|---|---|
| **4 JLJ, INC.,/J4 OILFIELD SERVICE,**<br>**4 JLJ, INC., AND JOHN JALUFKA,** | **Appellees**. |

### On appeal from the 94th District Court
### of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Debra Jalufka, filed appeals from orders entered by the 94th District Court of Nueces County, Texas, in cause number 2012-DCV-2686-C. Appellant has filed a motion to withdraw the appeals on grounds that she has filed a new notice of

appeal from a final order signed on January 25, 2013. Appellant requests that this Court withdraw the appeals.

The Court, having considered the documents on file and appellant's motion to withdraw the appeals, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to withdraw is granted, and the appeals are hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
14th day of March, 2013.